UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SHANNON, | Case No. 18-cv-06869-RS |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| SANTA CLARA VALLEY TRANSIT AUTHORITY, et al., | |
| Defendants. | |

On February 13, 2019, pro se plaintiff Bruce Shannon's complaint was dismissed with leave to amend. Shannon was advised that failure to file an amended complaint by March 15, 2019 would result in closure of the case without further notice. The time for filing this amendment has passed, accordingly the action is dismissed and the clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: March 20, 2019

_____
RICHARD SEEBORG
United States District Judge